UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH GAINES,<br><br>    Plaintiff<br><br>    v.<br><br>MARY HENRY, et al.,<br><br>    Defendants | Case No. 3:19-cv-00770-MMD-CLB<br><br>**ORDER** |

**I.    DISCUSSION**

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1).

Plaintiff's application to proceed *in forma pauperis* is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate on this Court's approved form. <u>Plaintiff has not submitted a properly executed financial certificate or an inmate account statement</u>. (*See* ECF No. 1). As such, the *in forma pauperis* application is denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, he must file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is DENIED without prejudice to file a new application.

1	IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the
2	approved form application to proceed *in forma pauperis* by a prisoner, as well as the
3	document entitled information and instructions for filing an *in forma pauperis* application.
4	IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order,
5	Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on
6	the correct form with complete financial attachments in compliance with 28 U.S.C. §
7	1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing
8	fee and the $50 administrative fee).
9	IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
10	dismissal of this action may result.
11	IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint
12	(ECF No. 1-1) but will not file it at this time.
13	DATED: January 3, 2020.

_____
UNITED STATES MAGISTRATE JUDGE